**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| W.C. & D ENTERPRISES, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cv-01303-AGF |
| ) | |
| ACADIA INSURANCE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on review of the file.  Upon receipt of the ADR Compliance Report (ECF No. 42) stating that the parties reached a settlement, the Court ordered the parties to file dismissal papers within 30 days and later, at the unopposed request of Plaintiff, extended this deadline until December 16, 2024.  *See* ECF Nos. 43, 44 & 45.  The parties still have not filed dismissal papers.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **January 3, 2025**, the parties shall either file dismissal papers or show cause in writing why the case should not be dismissed. Failure to comply will result in the dismissal of the case by the Court without further notice.

                                                              _/s/ Audrey G. Fleissig_
                                                              AUDREY G. FLEISSIG
                                                              UNITED STATES DISTRICT JUDGE

Dated this 19th day of December, 2024.